IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| EDDIE JONES, | ) | No. 13-30046 |
| | ) | |
| Defendant. | ) | |

# ORDER

On June 19, 2013, a two-count Indictment was filed against Defendant Eddie Jones.  Count 1 alleges that Defendant knowingly and intentionally possessed with the intent to distribute, 28 grams or more of mixtures or substances containing a detectable amount of crack cocaine.  See Indictment, d/e 8 at 1.   In Count 2, Defendant is charged with knowingly and intentionally distributing a mixture or substance containing a detectable amount of crack cocaine to another person.  See id. at 2.

Defendant filed a Motion to Stop, to Suppress Search of the Car, and to Suppress the Arrest of Eddie Jones on October 9, 2013.  d/e 20.

After holding a hearing on the Motion, Judge Cudmore filed a Report & Recommendation on November 12, 2013, in which he recommended that Defendant's Motion to Suppress be denied. See d/e 25.

Defendant filed a pro se objection to the Report & Recommendation on November 22, 2013. See d/e 27. However, because Defendant is represented by counsel, the Court found that Defendant's Motion constituted hybrid representation and struck the Motion. See Text Order of November 25, 2013 ("Hybrid representation is not only 'disfavored;' it is 'forbidden.'" United States v. Oakey, 853 F.2d 551, 553 (7th Cir. 1988); United States v. Oreye, 263 F.3d 669, 672 (7th Cir. 2001)); see also Cain v. Peters, 972 F.2d 748 (7th Cir. 1992)("[T]here is not right to hybrid representation."). The Court has not received any other objections to the Report & Recommendation from the parties within 14 days from the date of its service, in accordance with 28 U.S.C. § 636(b)(1)(C).

This Court has reviewed Judge Cudmore's Report & Recommendation, the underlying papers, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge

Cudmore's Report & Recommendation and will accept the recommendation in its entirety.

IT HEREBY IS ORDERED, that this Court accepts Judge Cudmore's Report & Recommendation (d/e 25) , including the authorities cited and the reasons given therein. Accordingly, Defendant's Motion to Suppress (d/e 20) is DENIED.

ENTERED: December 2, 2013

FOR THE COURT:

s/ Sue E. Myerscough  
SUE E. MYERSCOUGH  
UNITED STATES DISTRICT JUDGE
